**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:11-cv-01891-RBJ-MEH

NAVAJO MANUFACTURING COMPANY, a Colorado corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Defendant.

**ORDER**

This matter comes before the Court upon the Stipulation for Dismissal with Prejudice filed by the parties to this matter.  The Court, having the reviewed the same, and being fully advised of the premises, hereby finds and concludes:

The parties' request for dismissal with prejudice of this action is hereby GRANTED, each party to pay its own costs.

DONE this 8th day of March, 2013.

                BY THE COURT:

                */s/ Brooke Jackson*

                U. S District Court Judge